*Tuesday, May 13.*

---

### PERKINS and Another *v.* SMITH, in Error.

DEBT on a bond, and judgment by default. The plaintiff suggested, that the bond was conditioned for the delivery of property taken on execution, and assigned as a breach that the condition was broken. Judgment, without a jury, for the amount of the execution. *Held,* that, supposing the assignment

*Tuesday, May 13.*

of the breach to be only informal, and the want of a judgment for the penalty to be unavailing in error, yet the breach should have been found, and the damages assessed, by a jury.  R. C. 1824, p. 293.—*Clark* v. *Goodwin*, 1 Blackf. 74 (1).

(1) *Glidewell* v. *M'Gaughly*, *Nov.* term, 1830, post.—*R. C.* 1831, p. 404.— *Morris* v. *Price*, *Nov.* term, 1831, post.